IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In The Matter Of

SMITH & WESSON SD9VE PISTOL
CAL: 9 SERIAL NUMBER: FDN7042

and

10 ROUNDS OF ASSORTED
AMMUNITION

Case No.: 1:24MC14

FILED AUG 13 2024
Clerk U.S. District Court
Greensboro, NC

## MOTION FOR EXTENSION OF TIME TO FILE VERIFIED COMPLAINT OF FORFEITURE

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, pursuant to 18 U.S.C. § 983(a)(3)(A), and respectfully moves the Court to extend the time within which to file a civil forfeiture complaint against the above-named property, seized on April 6, 2024, to allow for further investigation into the facts and circumstances providing a basis for forfeiture.

Ti'Nishaul O'Briant, who filed a claim in the administrative forfeiture action initiated against the above-named property is not represented and has not been contacted for consent to an extension.

WHEREFORE, the United States respectfully requests that the Court grant an extension of time to file a civil forfeiture Complaint against the above-named property until October 10, 2024.

A proposed Order is attached.

This the 13th day of August, 2024.

                                      Respectfully submitted,

                                      SANDRA J. HAIRSTON
                                      United States Attorney

                                      */s/ Lynne P. Klauer*
                                      Lynne P. Klauer
                                      Assistant United States Attorney
                                      NCSB #13815
                                      Middle District of North Carolina
                                      101 S. Edgeworth Street, 4th Floor
                                      Greensboro, NC 27401
                                      Phone: (336) 333-5351
                                      Email: lynne.klauer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, the foregoing Motion for Extension of Time to file Verified Complaint of Forfeiture was filed with the Clerk of the Court, and I hereby certify that I have mailed the document to the following:

**Addressee:**

Ti'Nishaul O'Briant
1407 Elm St
Roxboro, NC 27573

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: (336) 333-5351
Email: lynne.klauer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In The Matter Of

Case No.: 1:24MC__14

SMITH & WESSON SD9VE PISTOL,
CAL: 9 SERIAL NUMBER: FDN7042

and

10 ROUNDS OF ASSORTED
AMMUNITION

## ORDER

Upon motion of the United States of America to extend the time within which to file a civil forfeiture Complaint against the above-named property to and including October 18, 2024, and the Court having considered same, it is hereby

ORDERED that the time within which the United States has to file a civil forfeiture Complaint in this action is hereby extended, to and including October 18, 2024.

This the _____ day of _____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE